# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| PLACIDO CARRILLO, and Individual and JOCELYN CARRILLO, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC., a Delaware Corporation; VERDUGO TRUSTEE SERVICE CORPORATION, a California Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV09-2404 AHM (CWx) <br><br> **ORDER DISMISSING CASE** |

Having read and considered the parties' stipulation for dismissal, the Court finds that there is good cause to dismiss this action.

THEREFORE IT IS ORDERED that the above entitled action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs

**IT IS SO ORDERED.**

Dated: January 20, 2010

**JS-6**

United States District Judge